HUDSON HOSTELRY COMPANY, Appellant, *v.* JOHN P. MITCHEL, as Mayor of the City of New York, et al., Respondents.

Reported below, 177 App. Div. 908,

(Argued February 24, 1919; decided March 4, 1919.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 11, 1917, unanimously affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

The motion was made upon the ground that the questions involved are academic only.

*William P. Burr, Corporation Counsel (Terence Farley* of counsel), for motion.

*Robert H. Elder* opposed.

Motion denied, with ten dollars costs.